**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Daniel Hlavac

      Plaintiff,

v.          Case No.: 1:25−cv−02864

          Honorable LaShonda A. Hunt

Pacas, Inc.

      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 22, 2025:

   MINUTE entry before the Honorable LaShonda A. Hunt: Upon review of the parties' joint initial status report [15], the Court enters the following deadlines: (1) Rule 26(a)(1) initial disclosures to be provided by 5/29/25; (2) Initial written discovery to be issued by 6/26/25; (3) Amendment of pleadings and joinder of other parties by 9/5/25; and (4) Fact discovery to be completed by 1/8/26. The parties have proposed an expert discovery schedule, but that can be set at a later date. This case is referred to the Magistrate Judge for discovery supervision, including the authority to resolve the parties' dispute regarding bifurcation of discovery and to set, adjust, and extend all deadlines (including any other proposed deadlines not set by this order), and to conduct a settlement conference, if requested by the parties. The Court will consider a class certification and dispositive motion schedule after all discovery is completed. The telephonic initial status hearing set for 5/29/25 [12] is stricken. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.