**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Daniel Hlavac
                Plaintiff,
v.                                            Case No.: 1:25−cv−02864
                                                        Honorable LaShonda A. Hunt
Pacas, Inc.
                Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Daniel P. McLaughlin for the purpose of holding proceedings related to: discovery supervision and settlement conference.(mjc, )Mailed notice.

Dated: May 22, 2025

                                                                               /s/ LaShonda A. Hunt
                                                                      United States District Judge