# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Daniel Hlavac
                Plaintiff,

v.                                       Case No.: 1:25−cv−02864
                                                        Honorable LaShonda A. Hunt

Pacas, Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 27, 2025:

    MINUTE entry before the Honorable Daniel P. McLaughlin: This case has been referred to Judge McLaughlin for discovery supervision (with specific authority to resolve the parties' dispute regarding bifurcation of discovery) and settlement. The Court has reviewed the parties' status report [15], which puts forth the parties' positions on bifurcation of discovery. On the record before it, the Court agrees with Plaintiff that discovery should not be bifurcated. As Defendant itself stated, "discovery on the Plaintiff's individual claimswill necessarily also include discovery into issues applicable to the class allegations as well." [15], p. 8. The Court believes that discovery as to whether Defendant (or its vendor) received the alleged "stop" messages from Plaintiff will also likely go towards class certification issues as to the proposed "internal do not call class," and vice versa. Bifurcating discovery for the purpose of solely investigating Plaintiff's claim would therefore appear to be inefficient. Bilek v. Fed. Ins. Co., 344 F.R.D. 484, 488 (N.D. Ill. 2023) ("Whether to bifurcate discovery is a determination that rests within the discretion of the trial court. Although district courts enjoy broad discretion in deciding whether to order bifurcation of discovery, because bifurcation of discovery risks additional delay, it has remained the exception and not the rule." (cleaned up)). Discovery will not be bifurcated. The parties are directed to file a joint status report by 7/28/25 updating the Court on the status of discovery and any interest in settlement. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.