# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Daniel Hlavac v. Pacas, Inc.

Case Number: 25-cv-2864

An appearance is hereby filed by the undersigned as attorney for:

Pacas, Inc.

Attorney name (type or print): Seth H. Corthell

Firm: Jaszczuk, P.C.

Street address: 311 South Wacker Drive, Suite 2150

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6325585
(See item 3 in instructions)

Telephone Number: 312-442-0509

Email Address: scorthell@jaszczuk.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
   If appointed counsel, are you a
   ☐ Federal Defender
   ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 05-30-25

Attorney signature: S/ Seth H. Corthell
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023