IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILINOIS

| | |
|---|---|
| DANIEL HLAVAC, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>PACAS, Inc.<br>   Defendant. | CASE NO. 1:25-cv-2864<br><br>Hon. LaShonda A. Hunt |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on June 10, 2025, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge LaShonda A. Hunt, or any judge sitting in her stead, in the courtroom usually occupied by her, in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Room 1425, Chicago, Illinois, to present Defendant Pacas, Inc.'s Motion to Withdraw Appearances.

Dated: June 5, 2025

                 Respectfully submitted,

                 PACAS, Inc.

                 /s/ *James P. Fieweger*

                 James P. Fieweger
                 Carolyn E. Isaac
                 MICHAEL BEST & FRIEDRICH LLP
                 444 W. Lake Street, Ste. 3200
                 Chicago, IL 60606
                 (312) 222-0800
                 jpfieweger@michaelbest.com
                 ceisaac@michaelbest.com
                 *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

    The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing was filed this 5th day of June 2025 via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record in this action.

/s/ James P. Fieweger
*Attorney for Defendant*

MBF\218051\0014\40790317.v1-6/5/25