IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DANIEL HLAVAC, individually and on Behalf of all others similarly situated, ) ) ) | |
| Plaintiff, ) ) | |
| ) | Case No. 25-CV-2684 |
| v. ) ) | Hon. LaShonda A. Hunt |
| PACAS, Inc., ) ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW APPEARANCES

Defendant Pacas, Inc., pursuant to Local Rule 83.17, moves to withdraw the appearances of James Fieweger and Carolyn Isaac as counsel for defendant.

1. Daniel Hlavac initiated this action on March 18, 2025 by filing a class action complaint asserting claims under the Telephone Consumer Protection Act against defendant Pacas, Inc. (Dkt #1)

2. On April 7, 2025, Isaac and Fieweger filed appearances for Pacas. (Dkt # 8 & 9.)

3. Pacas subsequently retained additional counsel from the firm Jaszczuk, P.C. – Martin Jaszczuk and Seth Cotrell – who have also filed appearances on the defendant's behalf. (Dkt. # 22 & 23.)

4. Pacas has elected to proceed with representation by Jaszczuk, P.C. and therefore requests permission for Fieweger and Isaac to withdraw their appearances.

5. Pacas will not be prejudiced as it is and will remain represented by counsel of record.

6. Likewise, allowing Fieweger and Isaac to withdraw will not delay this action or prejudice plaintiff because the remaining defense counsel are already of record in this matter.

Dated: June 5, 2025

Respectfully submitted,

PACAS, Inc.

/s/  James P. Fieweger

James P. Fieweger
Carolyn E. Isaac
MICHAEL BEST & FRIEDRICH LLP
444 W. Lake Street, Ste. 3200

Chicago, IL 60606

(312) 222-0800

jpfieweger@michaelbest.com
ceisaac@michaelbest.com

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing was filed this _____ day of June 2025 via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record in this action.

                 /s/ James P. Fieweger

                 *Attorney for Defendant*