## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Daniel Hlavac
                    Plaintiff,

v.                                          Case No.: 1:25−cv−02864
                                                        Honorable LaShonda A. Hunt

Pacas, Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 6, 2025:

      MINUTE entry before the Honorable LaShonda A. Hunt: Attorneys James Fieweger and Carolyn Isaac's motion to withdraw [24], [25] is granted. Attorneys James Fieweger and Carolyn Isaac are withdrawn from this case. The motion hearing set for 6/10/25 [26] is stricken. Mailed notice (gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.