IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **DANIEL HLAVAC**, individually and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>**PACAS, INC.**,<br><br>　　　Defendant. | Case No.  1:25-cv-02864 |

## JOINT STATUS REPORT

　　Pursuant to the Court's Minute Entry Order dated May 27, 2025, the Parties, Daniel Hlavac and Pacas Inc., submit the following Joint Status Report:

　　The Parties have reached a settlement that will resolve this matter on an individual basis and are in the process of documenting the agreement.  The Parties request that the Court set a status date approximately sixty (60) days out and expect to be in a position to voluntarily dismiss this matter prior to the next status.

                        Respectfully Submitted,

| | |
|---|---|
| */s/ Anthony Paronich* | */s/ Martin W. Jaszczuk* |
| Samuel J. Strauss (ARDC 6340331) | Martin W. Jaszczuk |
| Alex Phillips (ARDC 6341301) | Seth Corthell |
| sam@straussborrelli.com | **JASZCZUK P.C.** |
| aphillips@straussborrelli.com | 311 S. Wacker Drive, Suite 2150 |
| **STRAUSS BORRELLI PLLC** | Chicago, Illinois 60606 |
| One Magnificent Mile | Tel: (312) 442-0509 |
| 980 N Michigan Avenue, Suite 1610 | Fax: (31) 442-0519 |
| Chicago IL, 60611 | mjaszczuk@jaszczuk.com |
| Telephone: (872) 263-1100 | scorthell@jaszczuk.com |
| Facsimile: (872) 263-1109 | |
| | *Attorneys for Defendant* |
| Anthony I. Paronich | |
| **PARONICH LAW, P.C.** | |
| 350 Lincoln Street, Suite 2400 | |
| Hingham, MA 02043 | |
| Tel: (617) 485-0018 | |
| Fax: (508) 318-8100 | |
| anthony@paronichlaw.com | |
| | |
| *Attorneys for Plaintiff and Proposed Class* | |