**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Daniel Hlavac
                Plaintiff,

v.                                               Case No.: 1:25−cv−02864
                                                          Honorable LaShonda A. Hunt

Pacas, Inc.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2025:

      MINUTE entry before the Honorable Daniel P. McLaughlin: The Court has reviewed the parties' Joint Status report. [28] The parties advise that they have reached a settlement in principle and ask that the Court set a status date in approximately 60 days to advise the Court of the status of settlement finalization. Accordingly, the parties are directed to file a joint status report on the status of settlement finalization by 9/29/25. If the parties file dismissal documents prior to 9/29/25, no status report need be filed. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.