IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL HLAVAC on behalf of himself and others similarly situated, | ) ) ) ) | Case No.: 1:25-cv-02864 |
| Plaintiff, | ) ) | Judge LaShonda A. Hunt |
| v. | ) ) | |
| PACAS, INC. | **)** ) ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT AND REQUEST FOR**
**45-DAY EXTENSION TO FILE STIPULATION OF DISMISSAL**

Plaintiff and Defendant (together, the "Parties") respectfully submit this Joint Status Report and state as follows:

1. The Parties have reached a settlement in principle and, as of today, have finalized the material terms of their agreement.

2. The Parties are circulating the written settlement agreement for execution and are coordinating the completion of ancillary steps necessary to effectuate dismissal (including signature routing and administrative payment logistics).

3. To allow sufficient time for execution of the settlement documents and to file a stipulation of dismissal, the Parties respectfully request a 45-day extension of the current deadline to file the dismissal papers.

4. This request is made in good faith and not for purposes of delay. Granting it will conserve judicial resources while the Parties finalize paperwork.

The Parties ask the Court to extend the deadline to file a stipulation of dismissal to forty-five days and to permit them to submit a further status update if the stipulation has not been filed by that date.

| | |
|---|---|
| Dated: September 29, 2025 | Respectfully Submitted, |
| | |
| */s/ Anthony Paronich* | */s/ Martin W. Jaszczuk* |
| Samuel J. Strauss (ARDC 6340331) | Martin W. Jaszczuk |
| Alex Phillips (ARDC 6341301) | Seth Corthell |
| sam@straussborrelli.com | **JASZCZUK P.C.** |
| aphillips@straussborrelli.com | 311 S. Wacker Drive, Suite 2150 |
| **STRAUSS BORRELLI PLLC** | Chicago, Illinois 60606 |
| One Magnificent Mile | Tel: (312) 442-0509 |
| 980 N Michigan Avenue, Suite 1610 | Fax: (31) 442-0519 |
| Chicago IL, 60611 | mjaszczuk@jaszczuk.com |
| Telephone: (872) 263-1100 | scorthell@jaszczuk.com |
| Facsimile: (872) 263-1109 | |
| | *Attorneys for Defendant* |
| Anthony I. Paronich | |
| **PARONICH LAW, P.C.** | |
| 350 Lincoln Street, Suite 2400 | |
| Hingham, MA 02043 | |
| Tel: (617) 485-0018 | |
| Fax: (508) 318-8100 | |
| anthony@paronichlaw.com | |

*Attorneys for Plaintiff and Proposed Class*

2