IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL HLAVAC on behalf of himself and others similarly situated, | ) ) ) ) | Case No.: 1:25-cv-02864 |
| Plaintiff, | ) ) | Judge LaShonda A. Hunt |
| v. | ) ) | |
| PACAS, INC. | **)** ) ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

NOW COMES Hlavac, by and through his respective attorneys, and pursuant to Fed R. Civ. Pro. 41(a)(1)(A)(ii), hereby voluntarily dismisses all of his claims against Pacas, Inc. with prejudice.

Dated: October 24, 2025

*/s/ Anthony Paronich*
Samuel J. Strauss (ARDC 6340331)
Alex Phillips (ARDC 6341301)
sam@straussborrelli.com
aphillips@straussborrelli.com
**STRAUSS BORRELLI PLLC**
One Magnificent Mile
980 N Michigan Avenue, Suite 1610
Chicago IL, 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109

Anthony I. Paronich
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018

Respectfully Submitted,

*/s/ Martin W. Jaszczuk*
Martin W. Jaszczuk
Seth Corthell
**JASZCZUK P.C.**
311 S. Wacker Drive, Suite 2150
Chicago, Illinois 60606
Tel: (312) 442-0509
Fax: (31) 442-0519
mjaszczuk@jaszczuk.com
scorthell@jaszczuk.com

*Attorneys for Defendant*

MBF\218051\0014\40500505.v4-4/25/25

Fax: (508) 318-8100
anthony@paronichlaw.com

*Attorneys for Plaintiff and Proposed Class*